UNITED STATES of America,
Appellee,

v.

Michael Jay MOLZEN, Appellant.

No. 02–3660.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 7, 2003.

Decided Feb. 18, 2003.

Before BYE, FAGG, and RILEY, Circuit Judges.

PER CURIAM.

In September 2002, following his sentencing on a guilty plea to a drug conspiracy, Michael Jay Molzen filed a pro se motion to correct his change-of-plea hearing transcript to reflect a change in certain reported testimony. The district court [*]

---

[*] The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.

denied the motion, and Molzen appeals. Construing Molzen's motion as one under Federal Rule of Criminal Procedure 36, we affirm the district court's decision, particularly given Molzen's failure to present evidentiary support for his contentions. *See* 8th Cir. R. 47A(a).

A true copy.